IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLEARCY MARIE BASHAM**                                                               **PLAINTIFF**
**ADC #712060**

v.                         Case No. 1:14-cv-00019-KGB/HDY

**ARKANSAS DEPARTMENT**
**OF CORRECTION**                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 12th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE